# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| THOMAS HANSON | § | Case No. 10-49335 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DEBORAH M. GUTFELD, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                    219 S. Dearborn Street
                    Chicago, IL  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report must file a written objection within 20 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challeneged and the United States Trustee.  A hearing on the fee application and any objection to the Final Report will be held at 9:30 a.m. on Thursday, July 25, 2013 in courtroom 680 at 219 South Dearborn Street, Chicago, Illinois 60604.

If no objections are filed, upon entry of an order on the fee application, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/18/2013                    By: Deborah M. Gutfeld
                                                Chapter 7 Trustee


*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| THOMAS HANSON | § | Case No. 10-49335 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,400.10 |
| and approved disbursements of | $ | 58.28 |
| leaving a balance on hand of[1] | $ | 5,341.82 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DEBORAH M. GUTFELD | $ 1,290.01 | $ 0.00 | $ 1,290.01 |
| Attorney for Trustee Fees: Neal Gerber & Eisenberg LLP | $ 590.50 | $ 0.00 | $ 590.50 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,880.51 |
| Remaining Balance | $ | 3,461.31 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,460.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 13,147.65 | $ 0.00 | $ 2,465.20 |
| 2 | Sesac | $ 1,211.58 | $ 0.00 | $ 227.17 |
| 3 | American Infosource Lp As Agent For | $ 4,101.01 | $ 0.00 | $ 768.94 |
| | Total to be paid to timely general unsecured creditors | | $ | 3,461.31 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Deborah M. Gutfeld
Chapter 7 Trustee

*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                        Case No. 10-49335-JPC
Thomas Hanson                                                 Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: adragonet            Page 1 of 2          Date Rcvd: Jun 20, 2013
                              Form ID: pdf006            Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2013.
db           +Thomas Hanson,    6133 N. Newburg Ave.,   Chicago, IL 60631-2609
16374770     +ASCAP,   2675 Paces Ferry Rd., Suite 350,   Atlanta, GA 30339-4087
16374769     +Advanta Credit Card,    Sage Capital Recovery,    1040 Kings Hwy N.,   Cherry Hill, NJ 08034-1908
16374761      CitiCards,   PO Box 688901,   DesMoines, IA 50368-8901
16374764     +David S. Miller,   Baker & Miller, PC,   29 N. Wacker Dr., Suite 500,   Chicago, IL 60606-2854
16374776     +George Stella, Esq.,    100 Garden City Plaza, Suite 222,   Garden City, NY 11530-3207
16437044     +MBMI General Licensing,    PO box 406741,   Atlanta Ga 30384-6741
16374774     +Nationwide Credit, Inc.,    1150 E. University Dr., First Floor,   Tempe, AZ 85281-8674
16374767     +Property Dynamics, LLC.,    c/o Joseph P. Pavur, Esq.,   10750 West 143rd St., #52,
               Orland Park, IL 60462-1931
16374771     +RMS,   4836 Beckensville Rd.,    PO Box 523,   Richfield, OH 44286-0523
16374775      SESAC,   55 Music Square East,    Nashville, TN 37203-4362
16374777     +SK&W Accounting,   John & Winston Schneiderman,    6035 N. Northwest Hwy., Suite 301,
               Chicago, IL 60631-2500
16374766     +Santucci Trust,   c/o Property Dynamics LLC,    3315 Algonquin Rd., Suite 640,
               Rolling Meadows, IL 60008-3252
16374772      Wells Fargo Business Card,    PO Box 54349,   Los Angeles, CA 90054-0349
16374778     +Yellow Assistance,   14145 Collections Center Dr.,    Chicago, IL 60693-0141

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16374768      E-mail/Text: bkr@cardworks.com Jun 21 2013 00:23:53     Advanta Credit Card,
               Advanta Bankcorp-7068,    PO Box 30715,   Salt lake City, UT 84130-0715
16944492      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 21 2013 00:41:54
               American InfoSource LP as agent for,    Citibank (South Dakota) N.A.,   PO Box 248840,
               Oklahoma City, OK   73124-8840
17542478      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 21 2013 00:41:55
               American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
               Oklahoma City, OK   73124-8840
16374773      E-mail/Text: bankruptcy@bmi.com Jun 21 2013 00:25:27     BMI General Licensing,   PO Box 406741,
               Atlanta, GA 30384-6741
16374763     +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 21 2013 00:30:12     Discover,   PO Box 6103,
               Carol Stream, IL 60197-6103
16911024      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 21 2013 00:30:12     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
16374765      E-mail/Text: bankruptcy@ingdirect.com Jun 21 2013 00:22:49     ING Direct-3091,   PO Box 60,
               Saint Cloud, MN 56302-0060
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16374762     ##Protocol Recovery Services, Inc.,    PO Box 333,   Panama City, Fl 32402-0333
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 22, 2013**                          **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: adragonet              Page 2 of 2                   Date Rcvd: Jun 20, 2013
                               Form ID: pdf006              Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2013 at the address(es) listed below:

          Deborah Michelle Gutfeld    gutfeldch7@perkinscoie.com,
           dgutfeld@ecf.epiqsystems.com;cdennis@nge.com
          Kenneth E. Kaiser    on behalf of Debtor Thomas  Hanson kkaiser264@aol.com
          Kevin G Schneider    on behalf of Trustee Deborah Michelle Gutfeld kschneider@ngelaw.com,
           ecfdocket@ngelaw.com;mmirkovic@ngelaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                      TOTAL: 4